UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LARRY EVERETTE BOURQUE | CIVIL ACTION |
| VERSUS | NUMBER: 18-7459 |
| LADY OF THE SEA HOSPITAL, ET AL. | SECTION: "I"(5) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by plaintiff, Larry Everette Bourque, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED** that Plaintiff's complaint is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 4th day of October, 2018.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE